**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION**

| | | |
|---|---|---|
| **BRENDAN PATRICK** | ) | |
| **MCCLORY-MAGUIRE,** | ) | |
| | ) | |
| **Petitioner,** | ) | |
| **vs.** | ) | **No. 1:15-CV-0020-P-BL** |
| | ) | |
| **MYRON BATTS,** | ) | |
| | ) | |
| **Respondent.** | ) | |

**ORDER ACCEPTING REPORT AND RECOMMENDATION**

After reviewing the Report and Recommendation of the United States Magistrate Judge for plain error, the undersigned is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court. Accordingly, the Court dismisses the petition filed pursuant to 28 U.S.C. § 2241 as moot and for want of jurisdiction.

**SIGNED this 13th day of January, 2016.**

**JORGE A. SOLIS
UNITED STATES DISTRICT JUDGE**